IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02321-ZLW

RAYMOND ARTHUR PRICE,

    Applicant,

v.

SUPT. REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2006

GREGORY C. LANGHAM
CLERK

---

ORDER REINSTATING AND DRAWING CASE
TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

---

    This action shall be reinstated pursuant to the January 6, 2006, mandate of the United States Court of Appeals for the Tenth Circuit. The mandate reversed the dismissal without prejudice of the instant action for failure to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and remanded the action to this Court for further proceedings consistent with the mandate. The action will be assigned to Judge Edward W. Nottingham pursuant to D.C.COLO.LCivR 40.1C.1. and to Magistrate Judge Michael J. Watanabe. Accordingly, it is

    ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on March 27, 2006. It is

    FURTHER ORDERED that this action shall be assigned to Judge Edward W.

Nottingham pursuant to D.C.COLO.LCivR 40.1C.1. and to Magistrate Judge Michael J. Watanabe.

DATED at Denver, Colorado, this 20 day of April, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 03-cv-002321-ZLW

Raymond Arthur Price
Reg. No. 66072
San Carlos Corr. Facilty
P.O. Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/20/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk