IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02321–EWN–MJW

RAYMOND ARTHUR PRICE,

    Petitioner,

v.

SUPT. REID, and
THE ATTORNEY GENERAL OF THE
STATE OF COLORADO,

    Respondents.

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

This matter is before the court on the "Recommendation on Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody" filed February 26, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. The Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody is DENIED and DISMISSED with prejudice.

DATED this 2nd day of April, 2007.

                                                      BY THE COURT:

                                                      s/ Edward W. Nottingham
                                                      EDWARD W. NOTTINGHAM
                                                      United States District Judge