IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02321-EWN-MJW

RAYMOND ARTHUR PRICE,

       Applicant,

v.

SUPT. REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Nottingham, Chief Judge

       Applicant filed *pro se* on April 2, 2007, a notice of appeal. On April 18, 2007, the court ordered Applicant to cure the deficiencies on appeal by submitting either the filing fee on appeal or a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. On April 23, 2007, Applicant submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. The court has examined the motion and the file and finds that the motion is deficient for the following reasons:

**(A)**   **Filing Fee**
        __ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
        __ is not submitted
        __ is missing affidavit
        __ is missing required financial information
        __ is missing an original signature by the prisoner

|     | is not on proper form (must use the court's current form) |
| --- | --- |
| X   | other **CERTIFIED TRUST ACCOUNT STATEMENT NOT SUBMITTED** |

Accordingly, it is

ORDERED that the April 23, 2007 motion seeking leave to proceed *in forma pauperis* on appeal is denied because the motion is deficient.

DATED at Denver, Colorado this 30th day of July, 2007.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO